IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUSTIN BLAYLOCK                                                                        PLAINTIFF

VS.                                                              CIVIL ACTION NO. 1:17cv36-SA-DAS

MONROE COUNTY, MISSISSIPPI
SCHOOL DISTRICT, JAMIE STARK,
DELTA POWER EQUIPMENT CORPORATION,
JOHN DOE (UNKNOWN PARTY), AND
RICHARD ROWE (UNKNOWN PARTY)                                      DEFENDANTS

Agreed Order of Substitution

THIS ACTION is before the Court on the motion *ore tenus* of the plaintiff and Delta Power Equipment Corporation to substitute Delta International Machinery Corp. for Delta Power Equipment Corporation as a party defendant. The Court, having considered the motion, finds that it is well taken and should be granted.

IT IS THEREFORE ordered that Delta Power Equipment Corporation be and hereby is dismissed from this action without prejudice and Delta International Machinery Corp. is hereby substituted and joined as a party defendant.

SO ORDERED, this the 12th day of July 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

Agreed:

/s/ S. Carter Dobbs, Jr.
Attorney for plaintiff

/s/ Jeff Leathers
Attorney for Defendant Monroe County
School District

/s/ Lewis W. Bell
Attorney for Delta Power Equipment Corporation