IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUSTIN BLAYLOCK                                                                           PLAINTIFF

VS.                                                                 CIVIL ACTION NO. 1:17cv36-SA-DAS

MONROE COUNTY, MISSISSIPPI , *et al*                                              DEFENDANTS

## JUDGMENT OF DISMISSAL

THIS ACTION is before the court on the joint motion *ore tenus* of Defendant Delta International Machinery Corporation and the Plaintiff for dismissal from this action without prejudice. The court, having considered the motion, finds that it is well taken and should be granted, and that there is no just reason to delay entry of a final judgment as to Delta International Machinery Corp. pursuant to F.R.C.P. 54(b).

IT IS THEREFORE ORDERED AND ADJUDGED that Delta International Machinery Corporation be fully and finally dismissed from this action without prejudice.

SO ORDERED AND ADJUDGED, this the 16th day of October 2017.

/s/Sharion Aycock
United States District Judge


AGREED:

/s/ Carter Dobbs
Attorney for plaintiff


/s/ Jeff Leathers
Attorney for defendant Monroe County Mississippi School District